THE GRANVILLE NATIONAL BANK, Appellant, v. WILLIAM H. BUTTON, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs. H. T. Kellogg, J., not sitting.

LEON J. HANVEY, as Administrator, etc., Respondent, v. THE ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

RUFUS HERRICK, Respondent, v. THOMAS F. FITZGERALD, Appellant.— Judgment and order unanimously affirmed, with costs.

HELEN B. HOLMAN, Respondent, v. ROBERT R. FORRESTER and DAVID A. RUSSELL, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

HOOKER, CORSER & MITCHELL COMPANY, Appellant, v. MAUDE E. HOOKER and JAMES F. HOOKER, Respondents.— Judgment unanimously affirmed, with costs.

HARRY KIRBY, Respondent, v. PETER HAGNER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ABBIE LASHER, Appellant, v. THOMAS F. McDERMOTT, as Executor, etc., of ROSE QUEST, Deceased, and Others, Respondents. (No. 1.) ABBIE LASHER, Appellant, v. THOMAS F. McDERMOTT, as Executor, etc., of ROSE QUEST, Deceased. (No. 2.) THOMAS F. McDERMOTT, as Executor, etc., of ROSE QUEST, Deceased, Respondent, v. GEORGE W. STEVENS and Others, Appellants. (No. 3.) — Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Judicial Settlement of the Accounts of BOYD McDOWELL and Others, as Testamentary Trustees under the Last Will and Testament of . ROBERT M. McDOWELL, Deceased. BOYD McDOWELL and Others, as Testamentary Trustees, Petitioners, Appellants; JOHN G. McDOWELL and CLARA B. McDOWELL, Contestants, Respondents.— Motion granted so far as to direct the payment of $150 per month from October 1, 1918, and continue until the further order of this court, or of the Surrogate's Court. Either party interested may apply to this court, or to the Surrogate's Court, to change said amount, or to make such further direction as may be proper with ten dollars costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY C. FAHEY, Dependent Mother, and Dependent Brothers and Sisters of WILLIAM F. FAHEY, Deceased, Respondents, for the Death of WILLIAM F. FAHEY, v. CHARLES P. BOLAND & COMPANY, Employer, and STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTHONY MARRA, Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— The court finds that no appeal was taken from the award as made. All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TONY MASSIELLA, Respondent, for Compensation to Himself